IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **CARDOW, INC.,** | ) | CASE NO. 7:09CV06943 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER ON IDENTIFICATION |
| | ) | OF EXPERTS |
| **JEFFREY BERKOWITZ, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff(s) shall identify experts, if any, by December 13, 2010.  The defendant(s) is to identify experts, if any, by January 5, 2011.  The exchange of reports is to be governed pursuant to Rule 26.  Counsel are to provide the Court with copies of expert reports.

Any objection to the qualifications of expert witnesses under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, must be filed two months before the standby trial date.  **A party WAIVES the right to object to the qualifications of a testifying witness if the party fails to file an objection by this date.**  Responses to such motions must be filed no later than 7 consecutive days after the motion is filed.

   **IT IS SO ORDERED.**

Dated: November 8, 20120

JAMES S. GWIN
UNITED STATES DISTRICT JUDGE