Joseph T. Murray (JM 3564)
Charles E. Baxley (CB 8486)
HART, BAXLEY, DANIELS & HOLTON
90 John Street – Suite 403
New York, New York 10038-3242
Tel. 212.791.7200
Fax. 212.791.7276

*Attorneys for Plaintiff Cardow, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CARDOW, INC., | : |
| | : |
| Plaintiff, | : Civil Action No. 09-cv-6943-JSG |
| | : |
| v. | : ECF Case |
| | : |
| JEFFREY BERKOWITZ and | : |
| JOE R. TANORY, JR., | : ELECTRONICALLY FILED |
| | : |
| Defendants. | : |

---

### REQUEST FOR ENTRY OF DEFAULT
### AS TO DEFENDANT JOE R. TANORY, JR.

TO:   Clerk of Court
       United States District Court
       Southern District of New York
       Federal Building and United States Courthouse
       300 Quarropas Street – Room 633
       White Plains, NY 10601-4150

Please enter the default of Defendant JOE R. TANORY, JR. and issue a Certificate of Default pursuant to Fed.R.Civ.P. 55(a) and Local Civil Rule 55.1 for failure of said defendant to answer or otherwise respond to the Summons and Complaint of Plaintiff Cardow, Inc. as appears from the Declaration of Joseph T. Murray, Esq., submitted herewith.

Dated: November 24, 2010

        s/Joseph T. Murray
        Joseph T. Murray (JM-3564)
        Charles E. Baxley (CB-8486)
        HART, BAXLEY, DANIELS & HOLTON
        90 John Street – Suite 403
        New York, New York  10038-3242
        Tel.: (212) 791-7200
        Fax: (212) 791-7276
        jtm@hartbaxley.com

        *Attorneys for Plaintiff*