UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARDOW, INC.,

           Plaintiff,      :  Civil Action No. 09-cv-6943-JSG

v.                              :  ECF Case

JEFFREY BERKOWITZ and
JOE R. TANORY, JR.,

           Defendants.

---

## MOTION FOR PARTIAL DEFAULT JUDGMENT
## AS TO DEFENDANT JOE R. TANORY, JR.

Plaintiff Cardow, Inc. moves for an entry of a partial default judgment in favor of plaintiff, declaring, as to defendant JOE R. TANORY, JR., that said defendant's United States Patent No. 5,353,608 MULTI-USE JEWELRY PIECE and United States Patent (Design) No. D374,410 are invalid and unenforceable and not infringed by plaintiff. This motion is made on the ground that defendant JOE R. TANORY, JR. has failed to answer the complaint in this action, the time for such answer having expired at least as early as October 1, 2010.

Dated: December 1, 2010

                                         Respectfully submitted,

                                         _/s/ Joseph T. Murray_
                                         Joseph T. Murray (JM-3564)
                                         Charles E. Baxley (CB-8486
                                         HART, BAXLEY, DANIELS & HOLTON
                                         90 John Street – Third Floor
                                         New York, New York 10038-3242
                                         Tel.: (212) 791-7200
                                         Fax.: (646) 225-7137
                                         jtm@hartbaxley.com

                                         *Attorneys for Plaintiff*
                                         *Cardow, Inc.*