IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARDOW, INC. | § § § | |
| Plaintiff, | § § | CAUSE NO. 09-CV-6943-~~SCR~~ (JSG) |
| v. | § § § | |
| JEFFREY BERKOWITZ and | § § | JURY TRIAL DEMANDED |
| JOE R. TANORY, JR. | § § § | |
| Defendants. | § | |

### NOTICE OF RENEWAL OF DEFENDANT JOE R. TANORY, JR.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2)

Pursuant to the Court's Order dated July 18, 2010, Defendant Joe R. Tanory, Jr. ("Tanory") hereby files this notice of renewal of his Motion to Dismiss Under FED. R. CIV. P. 12(b)(2).

Subject to and without waiving his original Motion to Dismiss and his Renewed Motion to Dismiss, Tanory also files concurrently herewith his Answer, Affirmative Defenses and Counterclaims in response to Cardow, Inc.'s Complaint.

January 6, 2011                    Respectfully Submitted,

*/s/ Joe R Tanory Jr*
Joe R. Tanory, Jr. (**PRO SE**)
1919 Oxmoor Road
Suite 121
Birmingham, AL 35209

## AFFIRMATION OF SERVICE

I declare under penalty of perjury that I mailed a copy of NOTICE OF RENEWAL OF DEFENDANT JOE R. TANORY, JR.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) to counsel for Plaintiff, Cardow, Inc., on January 6, 20011 at the following address:

>Joseph T. Murray, Esq.
>Charles E. Baxley, Esq.
>HART, BAXLEY, DANIELS & HOLTON
>90 John Street – Suite 309
>New York, New York 10038-3243

_____
Joe R. Tanory, Jr.