UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARDOW, INC.,

                           Plaintiff,                09 CV 06943 (JSG)

-against-                                     JUDGMENT

JOE R. TANORY, JR.,

                           Defendant.
------------------------------------X

      Whereas the above entitled action having been assigned to the Honorable James S. Gwin, U.S.D.J., and the Court thereafter on February 16, 2011, having handed down an Opinion and Order (Docket #37), granting defendant Tanory's motion to dismiss (Docket #7), it is,

      **ORDERED, ADJUDGED AND DECREED**: that defendant Tanory's motion to dismiss (Docket #7), is granted, accordingly, the case is hereby closed.

Dated: White Plains, New York
       February 18, 2011

                                                *[signature]*
                                                CLERK
                                          Ruby Krajick - Clerk